THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PUGET SOUNDKEEPER ALLIANCE,

    Plaintiff,

v.

ACCURATE SM LLC,

    Defendant.

Case No. 2:24-cv-02000-RSM

ORDER GRANTING STIPULATED MOTION EXTENDING TIME FOR DEFENDANT TO MOVE, PLEAD, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

NOTE ON MOTION CALENDAR: JANUARY 28, 2025

## **ORDER**

Upon consideration of the Stipulated Motion Extending Time for Defendant to Move, Plead, or Otherwise Respond to Plaintiff's Complaint, the Court ORDERS:

The deadline for Defendant to move, plead, or otherwise respond to Plaintiff's Complaint is extended to March 5, 2025.

IT IS SO ORDERED

DATED this 29th day of January, 2025.

                                        *[signature]*
                                        RICARDO S. MARTINEZ
                                        UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING STIPULATED MOTION EXTENDING TIME FOR DEFENDANT TO MOVE, PLEAD, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT - 1
2:24-CV-02000-RSM

127131168.1 0048941-00007

**STOEL RIVES** LLP
**ATTORNEYS**
**600 University Street, Suite 3600, Seattle, WA  98101**
*Telephone 206.624.0900*

1  Presented by:

2  STOEL RIVES LLP

3

4  /s/ Veronica M. Keithley
   Veronica M. Keithley, WSBA #52784
5  veronica.keithley@stoel.com
   Stoel Rives LLP
6  600 University Street, Suite 3600
   Seattle, WA  98101
7  Telephone: (206) 386-7583

8  *Attorneys for Defendant Accurate SM LLC*,

9
   SMITH & LOWNEY, PLLC
10

11

12 /s/ Alyssa Koepfgen
   Alyssa Koepfgen, WSBA #46773
13 alyssa@smithandlowney.com
   Evelyn Mailander, WSBA #62827
14 evelyn@smithandlowney.com
   2317 E. John St.
15 Seattle, WA 98112
   Telephone: (206) 388-0728

16 *Attorneys for Plaintiff Puget Soundkeeper Alliance*

[PROPOSED] ORDER GRANTING STIPULATED MOTION EXTENDING TIME FOR DEFENDANT TO MOVE, PLEAD, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT - 2
2:24-CV-02000-RSM

127131168.1 0048941-00007

**STOEL RIVES LLP**
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA  98101
*Telephone 206.624.0900*